(June 30, 1955.)

■

In the Matter of FRANCIS A. O'HARA, Respondent, against GEORGE P. MONAGHAN et al., Constituting the Board of Trustees of the Police Pension Fund, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See *ante,* p. 828.]

■

SOLOMON H. SHAPIRO, Appellant, v. CHARLES PUNIA et al., Defendants and Third-Party Plaintiffs-Respondents. LOUIS SUNSHINE et al., Third-Party Defendants-Appellants. SAMUEL TRAYMAN, Plaintiff, v. WILLIAM MARX et al., Defendants and Third-Party Plaintiffs-Respondents. LOUIS SUNSHINE et al., Third-Party Defendants-Appellants.— Motion to dismiss appeals granted as to the appellant Sunshine and denied as to the appellant Shapiro. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

SOLOMON SHAPIRO, Appellant, v. CHARLES PUNIA et al., Defendants and Third-Party Plaintiffs-Respondents. LOUIS SUNSHINE et al., Third-Party Defendants-Appellants. SAMUEL TRAYMAN, Plaintiff, v. WILLIAM MARX et al., Defendants and Third-Party Plaintiffs-Respondents. LOUIS SUNSHINE et al., Third-Party Defendants-Appellants.— Motion granted without prejudice to the right of respondents to move to dismiss at the time of the argument or submission of the appeal. Any appellant in this litigation persisting in appealing on an abridged record does so at the risk of having the appeal dismissed and will not be allowed to refer to the complete record filed by any other appellant. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. CLYDE TOLBERT.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

RAYE APPEL v. LEO S. APPEL.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CAHILL.— Motion to dismiss appeal granted. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

A. S. RAMPELL, INC., v. HYSTER COMPANY et al.— Motion granted upon condition that the appellants procure appellants' points on appeal to be filed on or before September 6, 1955, with notice of argument for September 13, 1955, said appeal to be argued or submitted when reached. (See Civ. Prac. Act, § 562-a, subd. [2].) Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

LOIS K. SCHUBERT v. BERNARD L. SCHUBERT.— Motion denied without prejudice to a renewal thereof after settlement of the record on appeal by the trial court. (See *Prudential Ins. Co. of Amer.* v. *Stone,* 244 App. Div. 168.) Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.